IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 07-715 (JJF) |
| v. ) ) ) | JURY TRIAL DEMANDED |
| EXXON-MOBIL CORPORATION (a Delaware Corporation), ) ) ) ) | |
| Defendant. ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Debra Katz to represent Plaintiffs in this matter.

Signed: _____

Timothy J. Wilson, Esq (DE Bar ID #4323)
Martin & Wilson, P.A.
1508 Pennsylvania Ave.
Wilmington, DE 19806
(302) 777-4681
*Attorney for Sofiene Romdhani, Michelle Maloney and Bobbi Joe Zeller*

Date: 11/14, 2007

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned counsel for the Plaintiffs in the above-captioned case, hereby certify that the foregoing *Motion and Order for Admission Pro Hac Vice, Certification by Counsel to be Admitted Pro Hac Vice, and Proposed Order Granting Motion for Admission Pro Hac Vice* was filed via CM/EMF and served via U.S. Mail on November 14, 2007 to the following:

Exxon-Mobil Corporation
Corporate Headquarters
5959 Las Colinas Boulevard
Irving, Texas 75039-2298
(972) 444-1000

                                          MARTIN & WILSON, P.A.

                                          TIMOTHY J. WILSON, ESQ. (#4323)
                                          1508 Pennsylvania Avenue
                                          Wilmington, DE  19806
                                          (302) 777-4681
                                          twilson@martinandwilson.com
                                          *Attorney for Sofiene Romdhani, Michelle Maloney and Bobbi Joe Zeller*

DATED:       November 14, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER,<br><br>                Plaintiffs,<br><br>v.<br><br>EXXON-MOBIL CORPORATION<br>(a Delaware Corporation),<br><br>                Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-715 (JJF)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice of Debra S. Katz is GRANTED.

Date: _____, 2007

                                                        _____
                                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON-MOBIL CORPORATION (a Delaware Corporation), <br><br> Defendant. | Civil Action No. 07-715 (JJF) <br><br> JURY TRIAL DEMANDED |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bars of Washington D.C. and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _[signature]_

Date: 11/2, 2007

Debra S. Katz, Esq.
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, Sixth Floor
Washington, DC 20009
(202) 299-1140