UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, ) ) ) ) Plaintiffs, ) ) v. ) ) EXXON MOBIL CORPORATION, ) ) Defendant. ) ) | Civil Action No. 07-00715 (JJF) |

ORDER

The Court having considered Defendant Exxon Mobil Corporation's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**, and that Defendant has to December 20, 2007 to answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED, this 5 day of December, 2007.

Joseph J. Farnan, Jr.
United States District Judge