IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-715 (JJF) ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Joe Robert Caldwell, Jr., Benjamin Kringer and Rachel McKenzie of Baker Botts LLP, 1299 Pennsylvania Avenue NW, Washington, DC 20004-2400, to represent defendant Exxon Mobil Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Kathleen Furey McDonough*
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

Dated: December 18, 2007
838297

*Attorneys for Defendant*
*Exxon Mobil Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>Defendant. | Civil Action No. 07-00715 (JJF) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 17, 2007

Respectfully submitted,

/s/ JRCaldwell
JOE ROBERT CALDWELL, Jr.
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700
Fax: (202) 639-7890
*Counsel for Defendant Exxon Mobil Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, </br></br>Plaintiffs,</br></br>v.</br></br>EXXON MOBIL CORPORATION,</br></br>Defendant. | )</br>)</br>)</br>)</br>)  Civil Action No. 07-00715 (JJF)</br>)</br>)</br>)</br>)</br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 14, 2007

Respectfully submitted,

_____
BENJAMIN KRINGER
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700
Fax: (202) 639-7890
*Counsel for Defendant Exxon Mobil Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, ) ) ) ) Plaintiffs, ) ) v. ) ) EXXON MOBIL CORPORATION, ) ) Defendant. ) ) | Civil Action No. 07-00715 (JJF) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 17, 2007

Respectfully submitted,

RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700
Fax: (202) 639-7890
*Counsel for Defendant Exxon Mobil Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify this 18th day of December that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

        Timothy J. Wilson, Esquire
        MARTIN & WILSON, P.A.
        1508 Pennsylvania Avenue
        Wilmington, DE 19806

                                            */s/ Kathleen Furey McDonough*
                                            Kathleen Furey McDonough (#2395)
                                            POTTER ANDERSON & CORROON LLP
                                            1313 North Market Street
                                            Hercules Plaza, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 984-6000
                                            kmcdonough@potteranderson.com