UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>Defendant. | Civil Action No. 07-715 (JJF) |

**DISCLOSURE OF EXXON MOBIL CORPORATION**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Exxon Mobil Corporation ("ExxonMobil"), by and through its undersigned attorneys, hereby certifies as follows:

ExxonMobil is a publicly traded corporation organized and existing under the laws of the State of New Jersey. No individual owns more than 10% of the outstanding common stock shares of ExxonMobil.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Joe Robert Caldwell, Jr.
Benjamin Kringer
Rachel M. McKenzie
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700

Dated: December 20, 2007
836924

By: /s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Counsel for Defendant Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify this 20th day of December that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

>Timothy J. Wilson, Esquire
>MARTIN & WILSON, P.A.
>1508 Pennsylvania Avenue
>Wilmington, DE  19806

>/s/ *Kathleen Furey McDonough*
>Kathleen Furey McDonough (#2395)
>POTTER ANDERSON & CORROON LLP
>1313 North Market Street
>Hercules Plaza, 6th Floor
>Wilmington, DE  19801
>(302) 984-6000
>kmcdonough@potteranderson.com