IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON-MOBIL CORPORATION<br><br>Defendant. | Civil Action No. 07-715 (JJF) |

## PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND DISMISS

Plaintiffs, by and through their undersigned counsel, respectfully move in opposition to Defendant's Motion to Strike and Dismiss in the above-captioned case. The grounds for these motions are set forth in Plaintiffs' Opposition to Defendant's Motion to Dismiss and to Strike, which is filed separately.

Respectfully submitted,

__/s/___ *Timothy J. Wilson* ___
Timothy J. Wilson, Esquire (#4323)
Jeffrey K. Martin, Esquire (#2407)
*MARTIN & WILSON, P.A.*
1508 Pennsylvania Avenue
Wilmington, Delaware 19806
(302) 777-4681 phone
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for Plaintiffs*

DATED:     January 14, 2008

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Opposition to Defendant's Motion to Dismiss and to Strike* was filed via CM/EMF on January 14, 2008 to the following:

Kathleen Furey McDonough, Esquire
Potter Anderson & Corroon, LLP
1313 N Market St
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Attorney for Defendant

MARTIN & WILSON, P.A.

/s/   *Timothy J. Wilson*
TIMOTHY J. WILSON, ESQUIRE
DE Bar I.D. No.: 4323
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
twilson@martinandwilson.com
*Attorney for Plaintiffs*

DATED:   January 14, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON-MOBIL CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-715 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO STRIKE

TO: Kathleen Furey McDonough, Esquire
Potter Anderson & Corroon, LLP
1313 N Market St
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Attorney for Defendant

PLEASE TAKE NOTICE, that the undersigned attorney will present the attached Motion in Opposition to Defendant's Motion to Dismiss and to Strike at the convenience of the Court.

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson

TIMOTHY J. WILSON, ESQUIRE
Del. Bar I.D. No.: 4323
1508 Pennsylvania Ave
Wilmington, DE 19806
twilson@martinandwilson.com
(302) 777-4681
*Attorney for Plaintiffs*

DATED:   January 14, 2008

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON-MOBIL CORPORATION<br><br>Defendant. | Civil Action No. 07-715 (JJF) |

### ORDER

Having reviewed Defendant's Motion to Dismiss and To Strike, Plaintiffs' opposition thereto, and any reply memorandum, the Court hereby

ORDERS that Counts VII, XII, and IX of the Complaint is GRANTED; and

ORDERS that Defendants' Motion to Strike paragraphs 40, 50, 51, 69, 70, 71, 75, 76, and 77 of the Complaint is DENIED.

Plaintiff shall submit a revised Complaint consistent with this Order within 10 days of this Order.

SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Joseph J. Farnan, Jr.
U.S. District Court Judge

1