IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY and BOBBI JOE ZELLER,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON-MOBIL CORPORATION<br><br>Defendant. | Civil Action No. 07-715 (JJF) |

### ORDER

Having reviewed Plaintiff's Motion for Leave to File Second Amended Complaint, any opposition thereto, and any reply memorandum, the Court hereby

ORDERS that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED; and

ORDERS that Plaintiff's Second Amended Complaint shall be filed in this case.

SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Joseph J. Farnan, Jr.
U.S. District Court Judge