## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-00715 (JJF) |
| v. | ) ) | |
| EXXON MOBIL CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT EXXON MOBIL CORPORATION'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Exxon Mobil Corporation hereby files this motion to extend until September 10, 2008 the time by which it must answer or otherwise respond to Plaintiffs' Second Amended Complaint. Plaintiffs have consented to this motion. A proposed order is attached to this motion.

### REASONS FOR THE MOTION

1.      Plaintiffs filed an Unopposed Motion for Leave to File a Second Amended Complaint on August 7, 2008. This Court granted the motion on August 13, 2008 and the Second Amended Complaint was entered in the Docket on August 14, 2008. Defendant currently has 10 days from August 14, 2008 to answer or otherwise respond to the Second Amended Complaint under Rule 15(a)(3) of the Federal Rules of Civil Procedure.

2.      Both attorneys Joe Robert Caldwell and Rachel M. McKenzie are currently on travel and unable to assist in preparing an Answer to the Second Amended Complaint. Additionally, the Second Amended Complaint itself contains extensive factual allegations and

six separate counts.    Accordingly, Defendant requests that its time to answer the Second Complaint be extended until September 10, 2008.

     3.     Plaintiffs' counsel has consented to the motion.

     4.     This is Defendants' first Motion for an Enlargement of Time in response to the Second Amended Complaint.[1]

     5.     The request for an extension is not lengthy and neither prejudices the Plaintiffs nor adversely affects these proceedings.  *See De La Pena v. Hill-Rom Co., Inc.*, 2004 WL 2538472, at *3 (W.D. Tex. Nov. 10, 2004) (citing *Lacy v. Sitel Corp.*, 227 F.3d 290, 293 (5th Cir. 2000)).

     6.     Defendant makes this request without waiving any defenses or objections, including defenses and objections under Rule 12 of the Federal Rules of Civil Procedure

     WHEREFORE, Defendant Exxon Mobil Corporation respectfully requests that the Court extend the time by which it must answer or otherwise respond to Plaintiffs' Second Amended Complaint until September 10, 2008.

OF COUNSEL:

Joe Robert Caldwell, Jr.
Benjamin E. Kringer
Rachel M. McKenzie
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700

Dated:  August 21, 2008
 879407

POTTER ANDERSON & CORROON LLP

By: */s/ Kathleen Furey McDonough*
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000

*Counsel for Defendant Exxon Mobil Corporation*

---

[1]    On December 4, 2007, Defendant filed a Motion for an Enlargement of Time in response to the original Complaint because Defendants did not receive actual service of the Complaint and Summons until after its time to Answer had expired.  That motion was granted by the Court on December 5, 2007.

## CERTIFICATE OF SERVICE

I hereby certify this 21st day of August, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> Timothy J. Wilson, Esquire
> Martin & Wilson, P.A.
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

> */s/ Kathleen Furey McDonough*
> Kathleen Furey McDonough (#2395)
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE 19801
> (302) 984-6000
> kmcdonough@potteranderson.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-00715 (JJF) |
| v. | ) ) | |
| EXXON MOBIL CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

## PROPOSED ORDER

The Court having considered Defendant Exxon Mobil Corporation's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**, and that Defendant has until September 10, 2008 to answer or otherwise respond to the Second Amended Complaint.

SO ORDERED, this ___ day of August, 2008.

_____
Joseph J. Farnan, Jr.
United States District Judge