# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, MICHELLE MALONEY, and BOBBI JOE ZELLER, </br></br>Plaintiffs, </br></br>v. </br></br>EXXON MOBIL CORPORATION, </br></br>Defendant. | Civil Action No. 07-00715 (JJF) |

## ORDER

The Court having considered Defendant Exxon Mobil Corporation's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**, and that Defendant has until September 10, 2008 to answer or otherwise respond to the Second Amended Complaint.

SO ORDERED, this 31 day of August, 2008.

Joseph J. Farnan, Jr.
United States District Judge