IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFIENE ROMDHANI, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Act. No. 07-715 - JJF |
| EXXON MOBIL CORPORATION, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

WHEREAS, Defendant has filed a Motion To Strike which is opposed by Plaintiffs;

WHEREAS, the Court has reviewed the papers submitted by the parties and agrees with Plaintiffs that at this time the granting of Defendant's motion is unnecessary. The Court reaches this conclusion convinced that the parties understand the issues of the case for purposes of conducting discovery, and that neither party would use the Amended Complaint to broaden the scope of discovery;

WHEREAS, the Court will entertain motions in limine as to specific paragraphs of the Amended Complaint as well as use of the Complaint in any manner before the jury.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Strike (D.I. 27) is **DENIED with leave to renew** prior to trial in the context of a motion in limine.

February 20, 2009
DATE

UNITED STATES DISTRICT JUDGE